**Marquis Aurbach**
Tye S. Hanseen, Esq.
Nevada Bar No. 10365
10001 Park Run Drive
Las Vegas, Nevada 89145
Telephone: (702) 382-0711
Facsimile: (702) 382-5816
thanseen@maclaw.com
*Local counsel for Plaintiff*

**de Luca Levine**
Jeffrey M. Zielinski, Esq.
(*admitted pro hac vice*)
Thaddeus S. Kirk, Esq.
(*admitted pro hac vice*)
301 E. Germantown Pike, 3rd Floor
East Norriton, Pennsylvania 19401
Telephone: (215) 383-0081
Facsimile: (215) 383-0082
tkirk@delucalevine.com
*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| PHILADELPHIA INDEMNITY INSURANCE COMPANY<br><br>Plaintiff<br><br>vs.<br><br>DALLASWHITE CORPORATION<br><br>Defendant | Case Number:<br>2:23-CV-01074-CDS-DJA<br><br>**STIPULATION OF DISMISSAL** |

**AND NOW**, this 16th day of August 2024, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties having settled the issues among them, it is stipulated and agreed by and between plaintiff Philadelphia Indemnity Insurance Company and defendant DallasWhite Corporation, by and through their respective undersigned counsel, that this

///

///

///

///

matter is **DISMISSED WITH PREJUDICE** and that each party shall bear its own costs and fees.

Dated this 16th day of August, 2024          Dated this 16th day of August, 2024

MARQUIS AURBACH                                         COLLINS + COLLINS LLP

By: /s/Tye S. Hanseen, Esq.                                  /s/Daniel D. Hoffman, Esq.
Tye S. Hanseen, Esq.                                             Daniel D. Hoffman, Esq,
Nevada Bar No. 10365                                          Nevada Bar No. 16095
10001 Park Run Drive                                           400 South 4th Street, Suite 500
Las Vegas, Nevada 89145                                     Las Vegas, NV 89101
Local counsel for Plaintiff                                     Attorney for Defendant

Jeffrey M. Zielinski, Esq.
Thaddeus S. Kirk, Esq.
de Luca Levine LLC
301 E. Germantown Pike, 3rd Floor
East Norriton, Pennsylvania 19401
Attorneys for Plaintiff – pro hac vice

## ORDER

Based on the parties' stipulation, this case is dismissed with prejudice, with each party to bear its own costs and fees. The Clerk of Court is kindly instructed to close this case.

_____
UNITED STATES DISTRICT JUDGE

DATED:   August 16, 2024